IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS v. CERTAIN DEFENDANTS | : : : : : | Transferor Court Western District of New York |

FILED
MAR -3 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

**AND NOW,** this **23rd** day of **February, 2010,** it is hereby **ORDERED** that all defendants in the cases listed in Exhibit "A", attached, are dismissed without prejudice for lack of prosecution.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

## Exhibit "A"

| Case Number | Name |
|---|---|
| 2:07-cv-67464-ER | JOHN STOCK |
| 2:07-cv-67509-ER | RICHARD MERRITT |
| 2:07-cv-67510-ER | BERNICE BARRETT |
| 2:07-cv-67511-ER | LAURA SUHANOV |
| 2:07-cv-67512-ER | CONSTANCE POLITO |
| 2:07-cv-67512-ER | SALVATORE POLITO |
| 2:07-cv-67513-ER | ROY HILL |
| 2:07-cv-67513-ER | MARILYN HILL |
| 2:07-cv-67514-ER | HENRY SCHELL |
| 2:07-cv-67514-ER | DIANE SCHELL |
| 2:07-cv-67515-ER | SHARON FREESE |
| 2:07-cv-67515-ER | ROBERT FREESE |
| 2:07-cv-67516-ER | PATRICIA LEACH |
| 2:07-cv-67517-ER | ROBERT MORROW |
| 2:07-cv-67517-ER | ARLENE MORROW |
| 2:07-cv-67518-ER | HELEN WINTER |
| 2:07-cv-67518-ER | WILBUR WINTER |
| 2:07-cv-67519-ER | MAUREEN PALASZYNSKI |
| 2:07-cv-67519-ER | JOHN PALASZYNSKI |
| 2:07-cv-67524-ER | LYDIA PALMA |
| 2:07-cv-67524-ER | FRANK PALMA |
| 2:07-cv-67525-ER | DONALD WELCH |
| 2:07-cv-67525-ER | CAROLE WELCH |
| 2:07-cv-67526-ER | GORDON MALIN |
| 2:07-cv-67526-ER | WANDA MALIN |
| 2:07-cv-67527-ER | JANE SIPLE |
| 2:07-cv-67527-ER | EDWARD SIPLE |
| 2:07-cv-67528-ER | JANE WHITE |
| 2:07-cv-67528-ER | WARREN WHITE |
| 2:07-cv-67529-ER | AGNES MILLER |
| 2:07-cv-67529-ER | |
| 2:07-cv-67530-ER | JOSEPH ACQUILANO |
| 2:07-cv-67531-ER | DOROTHY ANDERSON |
| 2:07-cv-67531-ER | ARTHUR ANDERSON |
| 2:07-cv-67532-ER | JOSEPH ARENA |
| 2:07-cv-67532-ER | SANDRA ARENA |
| 2:07-cv-67533-ER | WAYNE ALEXANDER |
| 2:07-cv-67533-ER | NANCY ALEXANDER |
| 2:07-cv-67534-ER | ROBERT BROWN |
| 2:07-cv-67534-ER | PATRICIA BROWN |
| 2:07-cv-67535-ER | MARY BURDICK |
| 2:07-cv-67535-ER | RONALD BURDICK |
| 2:07-cv-67536-ER | JOSEPH BRUNETT |
| 2:07-cv-67536-ER | ELAINE BRUNETT |
| 2:07-cv-67537-ER | MARTIN COLLINS |
| 2:07-cv-67538-ER | GENE COLE |
| 2:07-cv-67538-ER | MARY COLE |
| 2:07-cv-67539-ER | DONALD FALLER |
| 2:07-cv-67539-ER | DORIS FALLER |
| 2:07-cv-67540-ER | DOMINIC DIRENZI |

| | |
|---|---|
| 2:07-cv-67541-ER | PAUL FALLON |
| 2:07-cv-67541-ER | IRENE FALLON |
| 2:07-cv-67543-ER | JOHN GIBSON |
| 2:07-cv-67544-ER | WILLIAM GOEITZ |
| 2:07-cv-67544-ER | SHIRLEY GOEITZ |
| 2:07-cv-67545-ER | ALD GOODMAN |
| 2:07-cv-67545-ER | MURIEL GOODMAN |
| 2:07-cv-67546-ER | RAYMOND GRILLS |
| 2:07-cv-67547-ER | DAVID HAIGT |
| 2:07-cv-67547-ER | KATHLEEN HAIGHT |
| 2:07-cv-67548-ER | ROBERT HEINEY |
| 2:07-cv-67548-ER | SHIRLEY HEINEY |
| 2:07-cv-67549-ER | MATILDA IAIA |
| 2:07-cv-67549-ER | LEO IAIA |
| 2:07-cv-67550-ER | MARY HORN |
| 2:07-cv-67550-ER | DOUGLAS HORN |
| 2:07-cv-67551-ER | JAMES DAVIS |
| 2:07-cv-67551-ER | GERALDINE DAVIS |
| 2:07-cv-67552-ER | EUSENITO CUSANO |
| 2:07-cv-67552-ER | FANNY CUSANO |
| 2:07-cv-67553-ER | ROY CLIFF |
| 2:07-cv-67553-ER | BETTY CLIFF |
| 2:07-cv-67554-ER | JOSEPH KOHLEMIER |
| 2:07-cv-67554-ER | BETTY KOHLMIER |
| 2:07-cv-67555-ER | PATRICIA KUITEMS |
| 2:07-cv-67555-ER | HENRY KUITEMS |
| 2:07-cv-67556-ER | WILLIAM BAUER |
| 2:07-cv-67556-ER | EVE BAUER |
| 2:07-cv-67557-ER | THERESA BEAUCHAMP |
| 2:07-cv-67557-ER | ANTOINE BEAUCHAMP |
| 2:07-cv-67558-ER | RODNEY BURGESS |
| 2:07-cv-67558-ER | LINDA BURGESS |
| 2:07-cv-67559-ER | DOROTHY CLARK |
| 2:07-cv-67559-ER | DAVID CLARK |
| 2:07-cv-67560-ER | ARNOLD D'AMICO |
| 2:07-cv-67560-ER | JESSICA D'AMICO |
| 2:07-cv-67561-ER | MARK SCALZO |
| 2:07-cv-67561-ER | LINDA SCALZO |
| 2:07-cv-67562-ER | ROBERT SCOTT |
| 2:07-cv-67562-ER | JULIANNE SCOTT |
| 2:07-cv-67563-ER | KATHARENA THOMAS |
| 2:07-cv-67563-ER | HAROLD THOMAS |
| 2:07-cv-67564-ER | EMIEL VAN DEN HEREWEGHE |
| 2:07-cv-67565-ER | HELEN VAISEY |
| 2:07-cv-67565-ER | WILLIAM VAISEY |
| 2:07-cv-67566-ER | RONALD WEBER |
| 2:07-cv-67566-ER | MARY WEBER |
| 2:07-cv-67567-ER | THOMAS WHALEN |
| 2:07-cv-67568-ER | Patricia Wilson |
| 2:07-cv-67568-ER | Robert Wilson |
| 2:07-cv-67569-ER | RICHARD PEARSE |
| 2:07-cv-67569-ER | ANN PEARSE |

| | |
|---|---|
| 2:07-cv-67570-ER | SAMUEL MCNIGHT |
| 2:07-cv-67571-ER | EARL MILLER |
| 2:07-cv-67571-ER | KATHRYN MILLER |
| 2:07-cv-67572-ER | PATRICIA MITRANO |
| 2:07-cv-67572-ER | RAYMOND MITRANO |
| 2:07-cv-67573-ER | MORRIS NIELSEN |
| 2:07-cv-67573-ER | MARY NIELSEN |
| 2:07-cv-67574-ER | THOMAS JARVIS |
| 2:07-cv-67574-ER | ALBINA JARVIS |
| 2:07-cv-67575-ER | EDWARD KOHL |
| 2:07-cv-67575-ER | JOAN KOHL |
| 2:07-cv-67577-ER | PATRICIA PHELPS |
| 2:07-cv-67577-ER | RICHARD PHELPS |
| 2:07-cv-67578-ER | HARRISON LEWIS |
| 2:07-cv-67578-ER | Elizabeth Lewis |
| 2:07-cv-67579-ER | CAROL LORET |
| 2:07-cv-67579-ER | FRED LORET |
| 2:07-cv-67580-ER | RONALD LOVE |
| 2:07-cv-67580-ER | LOUISE LOVE |
| 2:07-cv-67581-ER | ROBERT MCCARON |
| 2:07-cv-67581-ER | IRENE MCCARON |
| 2:07-cv-67582-ER | ROBERT MCHALE |
| 2:07-cv-67582-ER | JOAN MCHALE |
| 2:07-cv-67583-ER | MARCO SCALZO |
| 2:07-cv-67583-ER | NORAH SCALZO |
| 2:07-cv-67584-ER | SHARON SCANTLIN |
| 2:07-cv-67584-ER | DONALD SCANTLIN |
| 2:07-cv-67585-ER | ROSCOE SHULL |
| 2:07-cv-67586-ER | JOAN TOWNER |
| 2:07-cv-67586-ER | RICHARD TOWNER |
| 2:07-cv-67587-ER | LARRY TSCHETTER |
| 2:07-cv-67587-ER | NANCY TSCHETTER |
| 2:07-cv-67588-ER | IRENE VENTZOS |
| 2:07-cv-67588-ER | NICHOLAS VENTZOS |
| 2:07-cv-67589-ER | JANET VIAVATTINE |
| 2:07-cv-67589-ER | JOHN VIAVATTINE |
| 2:07-cv-67590-ER | HELEN GLASER |
| 2:07-cv-67590-ER | GERARD GLASER |
| 2:07-cv-67591-ER | CAROL GUILLIAMS |
| 2:07-cv-67591-ER | RICHARD GUILLIAMS |
| 2:07-cv-67592-ER | CONNIE LEONE |
| 2:07-cv-67592-ER | LOUIS LEONE |
| 2:07-cv-67593-ER | EDWARD MURTAGH |
| 2:07-cv-67593-ER | CATHERINE MURTAGH |
| 2:07-cv-67594-ER | MILDRED RADIG |
| 2:07-cv-67594-ER | ROBERT RADIG |
| 2:07-cv-67595-ER | ROSEMARY MICHEL |
| 2:07-cv-67595-ER | GERALD MICHEL |
| 2:07-cv-67596-ER | LAWRENCE MILLERD |
| 2:07-cv-67596-ER | FLORENCE MILLERD |
| 2:07-cv-67597-ER | VIRGINIA MUSCARELLA |
| 2:07-cv-67597-ER | LEONARD MUSCARELLA |

| | |
|---|---|
| 2:07-cv-67598-ER | MARLENE NICE |
| 2:07-cv-67598-ER | JAMES NICE |
| 2:07-cv-67599-ER | JAMES NOLAN |
| 2:07-cv-67600-ER | BRUCE JACOBS |
| 2:07-cv-67601-ER | ROBERT KENNEDY |
| 2:07-cv-67602-ER | WILLIAM KOSTECKE |
| 2:07-cv-67603-ER | LAWRENCE PEDERSEN |
| 2:07-cv-67603-ER | DONA PEDERSEN |
| 2:07-cv-67604-ER | EDITH PUKOS |
| 2:07-cv-67604-ER | JOSEPH PUKOS |
| 2:07-cv-67605-ER | ROBERT REBBAN |
| 2:07-cv-67605-ER | ELINORA REBBAN |
| 2:07-cv-67606-ER | HERMANN REY |
| 2:07-cv-67607-ER | RICHARD SCHLEMMER |
| 2:07-cv-67607-ER | PATRICIA SCHLEMMER |
| 2:07-cv-67609-ER | CURTIS TRICE |
| 2:07-cv-67609-ER | JUDY TRICE |
| 2:07-cv-67610-ER | LAWRENCE WEIDER |
| 2:07-cv-67610-ER | DOLORES WEIDER |
| 2:07-cv-67611-ER | HERBERT WING |
| 2:07-cv-67611-ER | ELIZABETH WING |
| 2:07-cv-67612-ER | OLGA MARINO |
| 2:07-cv-67612-ER | AVIS MARINO |
| 2:07-cv-67613-ER | RICHARD YOUNG |
| 2:07-cv-67613-ER | ANNA YOUNG |
| 2:07-cv-67614-ER | JOHN PARKER |
| 2:07-cv-67615-ER | JOSEPH LECHNER |
| 2:07-cv-67615-ER | ELIZABETH LECHNER |
| 2:07-cv-67616-ER | PETER TUCCIARELLO |
| 2:07-cv-67616-ER | DORENE TUCCIARELLO |
| 2:07-cv-67617-ER | KATHRYN HARTMAN |
| 2:07-cv-67617-ER | BERNARD HARTMAN |
| 2:07-cv-67618-ER | CAROL ELDREDGE |
| 2:07-cv-67618-ER | FRANCIS ELDREDGE |
| 2:07-cv-67619-ER | GARY ROMANO |
| 2:07-cv-67619-ER | MILLIE ROMANO |
| 2:07-cv-67621-ER | BARBARA D'ANGELO |
| 2:07-cv-67633-ER | GERALD ARMSTRONG |
| 2:07-cv-67634-ER | ANITA WHIPPLE |
| 2:07-cv-67634-ER | JOSEPH WHIPPLE |
| 2:07-cv-67637-ER | JOHN SHEEAN |
| 2:07-cv-67638-ER | ROGER SATTER |
| 2:07-cv-67639-ER | THOMAS SCOTT |
| 2:07-cv-67641-ER | JOSEPH MARASCO |
| 2:07-cv-67642-ER | HELENA MOORE |
| 2:07-cv-67644-ER | BOB HAYES |
| 2:07-cv-67644-ER | RENEE HAYES |
| 2:07-cv-67646-ER | EARLE HARRIS |
| 2:07-cv-67663-ER | LAVERN SWANSEN |
| 2:07-cv-67663-ER | DOROTHY SWANSEN |
| 2:07-cv-67664-ER | WILLIAM STEVE |
| 2:07-cv-67664-ER | ISABELLE STEVE |

| | |
|---|---|
| 2:07-cv-67666-ER | WILLIAM GARVEY |
| 2:07-cv-67666-ER | MARGARET GARVEY |
| 2:07-cv-67667-ER | KENNETH BOWERMAN |
| 2:07-cv-67667-ER | GRACE BOWERMAN |
| 2:07-cv-67668-ER | HUGH RACE |
| 2:07-cv-67669-ER | CROCI IPPOLITO |
| 2:07-cv-67669-ER | IDA IPPOLITO |
| 2:07-cv-67670-ER | CLARIS WRIGHT |
| 2:07-cv-67670-ER | KENNETH WRIGHT |
| 2:07-cv-67683-ER | JO-ANN PATENAUDE |
| 2:07-cv-67684-ER | SALVATORE AVERSA |
| 2:07-cv-67685-ER | WANDA ZABEK |
| 2:07-cv-67686-ER | FRANCES BURKE |
| 2:07-cv-67687-ER | ANGELA SALVATORE |
| 2:07-cv-67688-ER | DANIEL O'DONNELL |
| 2:07-cv-67689-ER | MARY BARBERIO |
| 2:07-cv-67691-ER | GLADYS ROUGHSEDGE |
| 2:07-cv-67691-ER | WILLIAM ROUGHSEDGE |
| 2:07-cv-67697-ER | ARTHUR ROBILLARD |
| 2:07-cv-67697-ER | MARY ROBILLARD |
| 2:07-cv-67708-ER | JOSEPH TYLUTKI |
| 2:07-cv-67708-ER | NORMA TYLUTKI |
| 2:07-cv-67776-ER | PAUL SUHADOLNIK |
| 2:07-cv-67776-ER | ANTOINETTE SUHADOLNIK |
| 2:07-cv-67873-ER | MARIA MARRELLA |
| 2:07-cv-67876-ER | WARREN BAKER |
| 2:07-cv-67892-ER | RICHARD BERNER |
| 2:07-cv-67892-ER | KATHERINE BERNER |
| 2:07-cv-67900-ER | ROBERT PETERS |
| 2:07-cv-67901-ER | JOAN VAN DYNE |
| 2:09-cv-90631-ER | AUDREY ROBERTS |
| 2:09-cv-90632-ER | SINA JORDAN |
| 2:09-cv-90633-ER | PAULINE LACLAIRE |
| 2:09-cv-90634-ER | SUSAN NOWAK |
| 2:09-cv-90635-ER | PATRICIA PENTTA |
| 2:09-cv-90636-ER | DONNA GORDON |
| 2:09-cv-90637-ER | RUTH HENDRICKS |
| 2:09-cv-90638-ER | JANET JOHNSON |
| 2:09-cv-90639-ER | ELIZABETH ANGEROSA |
| 2:09-cv-90691-ER | ELLEN CALDWELL |